## VERIFIED RETURN OF SERVICE

| State of Florida | County of Southern | District Court |
|---|---|---|

Case Number: 1:25-CV-22099-CMA

Plaintiff:
**Elizabeth Greiger**

vs.

Defendant:
**Norwegian Cruise Line**

LRA2025004644

For:
Peter Walsh
The Cruise Injury Law Firm, P.A.
2915 Biscayne Blvd.
Suite 300
Miami, FL 33137

Received by LOURDES VASALLO on the 15th day of May, 2025 at 11:54 am to be served on **Norwegian Cruise Line, 7665 Corporate Center Drive, Miami, FL 33126**.

I, LOURDES VASALLO, do hereby affirm that on the **19th day of May, 2025** at **2:28 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons In A Civil Action, Complaint** with the date and hour of service endorsed thereon by me, to: **JOANNA JARA** as **LEGAL DEPT PARALEGAL** for **Norwegian Cruise Line**, at the address of: **7665 Corporate Center Drive, Miami, FL 33126**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: WHITE, Height: 5'4", Weight: 130, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of service and the facts stated in it are True. Pursuant to F.S. 92.525(2), Notary not required.

**LOURDES VASALLO**
Certified Process Server #1157

**L.R.I**
**1011 South Federal Highway**
**Hollywood, FL 33020**
**(954) 944-3900**

Our Job Serial Number: LRA-2025004644

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a