UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-22099-CIV-ALTONAGA/Reid

IN ADMIRALTY

**ELIZABETH GEIGER**,

    Plaintiff,

vs.

**NORWEGIAN CRUISE LINE,**

    Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

1. **Interested Parties**

| | |
|---|---|
| Geiger, Elizabeth | Plaintiff |
| Geiger, Glen | Plaintiff's husband |
| Hickey, John H. | Referring lawyer (Plaintiff's secondary lawyer) |
| Hickey Law Firm PA | Referring lawyer's law firm |
| Norwegian Cruise Line | Defendant |
| The Cruise Injury Law Firm, PA | Plaintiff's counsel's law firm |
| Walsh, Peter | Plaintiff's counsel |

2. **Corporate Disclosure Statement**

The Plaintiff is an individual, not a corporation, so she makes no corporate disclosure statement.

          Respectfully submitted,

          **Peter G. Walsh**

Peter G. Walsh (Fla. Bar No. 970417)
pwalsh@thecruiseinjurylawfirm.com
The Cruise Injury Law Firm PA
2915 Biscayne Blvd., Suite 300
Miami, FL 33137
786-877-2411
Attorney for Plaintiff, Elizabeth Geiger